THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARCIA L. MCGHAN, Appellant. [653 NYS2d 893] —Judgment unanimously affirmed. Memorandum: Defendant contends that her confession should have been suppressed because it was obtained in violation of her rights. "[B]y pleading guilty before the hearing on [her] suppression motion, defendant precluded the making of a record and, in consequence, foreclosed the pos-

sibility of appellate review of [her] challenge to the admissibility of the People's evidence" (*People v Fernandez,* 67 NY2d 686, 688; *see, People v Porter,* 213 AD2d 1070, 1071, *lv denied* 85 NY2d 978). By pleading guilty, defendant also waived her right to challenge the sufficiency of the evidence before the Grand Jury (*see, People v Dunbar,* 53 NY2d 868, 871).

Upon our review of the record, we conclude that defendant received effective assistance of counsel. Defendant's attorney provided meaningful representation, thus satisfying the constitutional requirement (*see, People v Baldi,* 54 NY2d 137, 147).

Finally, defendant's sentence, which was agreed upon as part of the plea bargain, is not unduly harsh or severe (*see, People v Cotton,* 219 AD2d 836, 837, *lv denied* 87 NY2d 900; *People v Tejeda,* 217 AD2d 932, 934, *lv denied* 87 NY2d 908). (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Burglary, 2nd Degree.) Present—Green, J. P., Pine, Doerr, Boehm and Fallon, JJ.